UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RED RIVER TALC LLC,[1] | : | Case No. 24-90505 (CML) |
| | : | |
| Debtor. | : | **Related to Dkt. Nos. 245, 510** |
| | : | |

## NOTICE OF APPEAL

**Part 1: Identify the Appellants**

1. **Name of appellant:** The Coalition of Counsel for Justice for Talc Claimants (the "Coalition").

2. **Position of appellant in the bankruptcy case that is the subject of this appeal:** Appellant is an ad hoc committee of law firms representing tort claimants that are creditors in the underlying bankruptcy case.

**Part 2: Identify the Subject of this Appeal:**

3. **Describe the judgment, order, or decree appealed from:** Appellant, pursuant to 28 U.S.C. §§ 158(a) and 1292(a) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby gives notice of appeal to the United States District Court for the Southern District of Texas from each and every part of (i) the *Order Denying Motions to Transfer Venue* (the "Order"), entered October 10, 2024 [ECF No. 245], in which the Bankruptcy Court declined to transfer the venue of the above-captioned bankruptcy case pursuant to 28 U.S.C. § 1412 and Bankruptcy Rule 1014(a)(1), and (ii) the *Order Denying Motion to Reconsider*

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

("Reconsideration Order"), entered November 12, 2024, in which the Bankruptcy Court denied the Coalition's motion pursuant to Rules 9023 and 9024 to alter or reconsider the Order [ECF No. 510]. A copy of the Order is annexed hereto as Exhibit A. A copy of the Reconsideration Order is annexed hereto as Exhibit B.

4. **State the date on which the judgment, order, or decree was entered:** October 10, 2024; November 12, 2024.

**Part 3: Identify the Other Parties to the Appeal:**

5. **List the names of all parties to the judgment, order, or decree appeals from and the names, addresses, and telephone numbers of their attorneys:**

*[The remainder of this page is intentionally left blank]*

2

| Party | Attorneys |
|---|---|
| Appellant: the Coalition of Counsel for Justice for Talc Claimants | **LAWSON & MOSHENBERG PLLC**<br>Nicholas R. Lawson<br>Avi Moshenberg<br>801 Travis Street Suite 2101 #838<br>Houston, TX 77002<br>Telephone:  (832) 280-5670<br>Nick.Lawson@lmbusinesslaw.com<br>Avi.Moshenberg@lmbusinesslaw.com<br><br>**OTTERBOURG P.C.**<br>Melanie L. Cyganowski<br>Adam C. Silverstein<br>Sunni P. Beville<br>David A. Castleman<br>230 Park Avenue<br>New York, New York 10169-0075<br>(212) 661-9100<br>Email: mycganowski@otterbourg.com<br>        asilverstein@otterbourg.com<br>        sbeville@otterbourg.com<br>        dcastleman@otterbourg.com<br><br>**BAILEY & GLASSER LLP**<br>Brian A. Glasser<br>Thomas B. Bennett<br>David L. Selby II<br>Jonathan Gold<br>1055 Thomas Jefferson Street, NW, Suite 540 Washington, DC 20007<br>Telephone: (202) 463-2101<br>Facsimile:  (202) 463-2103<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>dselby@baileyglasser.com<br>jgold@baileyglasser.com<br><br>Katherine E Charonko<br>209 Capitol Street<br>Charleston WV 25301<br>Tel: (304) 345-6555<br>Fax: (304) 342-1110<br>kcharonko@baileyglasser.com |

| Party | Attorneys |
|---|---|
|  | Elizabeth L. Stryker
94 Long Street Suite 200
Westover WV 26501
Tel: (304) 594-0087
estryker@baileyglasser.com |

4

| Party | Attorneys |
|---|---|
| Appellee: Red River Talc, LLC | **PORTER HEDGES LLP**<br>John F. Higgins<br>M. Shane Johnson<br>Megan Young-John<br>James A. Keefe<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 228-1331<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br><br>**JONES DAY**<br>Gregory M. Gordon<br>Dan B. Prieto<br>Amanda Rush<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>- and -<br><br>Brad B. Erens<br>Caitlin K. Cahow<br>110 North Wacker Drive, Suite 4800<br>Chicago, Illinois 60606<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>bberens@jonesday.com<br>ccahow@jonesday.com |

| Party | Attorneys |
|---|---|
| Interested Party: Office of the United States Trustee | Jayson B. Ruff<br>515 Rusk, Suite 3516 Houston, Texas 77002<br>(713) 718-4662<br>jayson.b.ruff@usdoj.gov<br><br>Linda Richenderfer<br>J. Caleb Boggs Federal Building 844 King Street, Suite 2207, Lockbox 35 Wilmington, Delaware 19801<br>(302) 573-6491<br>linda.richenderfer@usdoj.gov |

| Party | Attorneys |
|---|---|
| Interested Party: Claimants Represented by Barnes Law Group, LLC | **BARNES LAW GROUP, LLC**<br>Roy E. Barnes<br>roy@barneslawgroup.com<br><br>John R. Bevis<br>bevis@barneslawgroup.com<br>31 Atlanta Street Marietta, Georgia 30060<br>770-227-6375 |
| Interested Party: Counsel to Ad Hoc Committee of Supporting Counsel | **PARKINS & RUBIO LLP**<br>Lenard M. Parkins<br>Charles M. Rubio<br>700 Milam, Suite 1300<br>Houston, TX 77002 Telephone: (713) 715-1660 Email:<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com |
| Interested Party: The Smith Law Firm Claimants | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Kenneth H. Eckstein<br>Rachael L. Ringer<br>P. Bradley O'Neill |

| Party | Attorneys |
|---|---|
| | David E. Blabey, Jr. |
| | Megan M. Wasson |
| | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 715-9100 |
| | Facsimile: (212) 715-8000 |
| | E-mail: keckstein@kramerlevin.com |
| | rringer@kramerlevin.com |
| | boneill@kramerlevin.com |
| | dblabey@kramerlevin.com |
| | mwasson@kramerlevin.com |
| | |
| | **LOCKE LORD LLP** |
| | Elizabeth M. Guffy |
| | JPMorgan Chase Tower |
| | 600 Travis, Ste. 2800 |
| | Houston, TX 77002 |
| | Telephone: (713) 226-1507 |
| | Facsimile: (713) 223-3717 |
| | eguffy@lockelord.com |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated:     November 26, 2024           **LAWSON & MOSHENBERG PLLC**

 _/s/ Nicholas R. Lawson_
**LAWSON & MOSHENBERG PLLC**
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
801 Travis Street Suite 2101 #838
Houston, TX 77002
Telephone:   (832) 280-5670
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

**OTTERBOURG P.C.**
Melanie L. Cyganowski (*pro hac vice*)
Adam C. Silverstein (*pro hac vice*)
Sunni P. Beville (*pro hac vice*)
David A. Castleman (*pro hac vice*)
230 Park Avenue
New York, New York 10169-0075

(212) 661-9100
Email: mycganowski@otterbourg.com
       asilverstein@otterbourg.com
       sbeville@otterbourg.com
       dcastleman@otterbourg.com

-and-

**BAILEY & GLASSER LLP**
Brian A. Glasser (*pro hac vice*)
Thomas B. Bennett (*pro hac vice*)
David L. Selby II (*pro hac vice*)
Jonathan Gold (*pro hac vice*)
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile:  (202) 463-2103
bglasser@baileyglasser.com
tbennett@baileyglasser.com
dselby@baileyglasser.com
jgold@baileyglasser.com

Katherine E Charonko (*pro hac vice*)
209 Capitol Street
Charleston WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110
kcharonko@baileyglasser.com

Elizabeth L. Stryker (*pro hac vice*)
94 Long Street Suite 200
Westover WV 26501
Tel: (304) 594-0087
estryker@baileyglasser.com

## **CERTIFICATE OF SERVICE**

    I certify that on November 26, 2024, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Nicholas R. Lawson*
                                            Nicholas R. Lawson

# EXHIBIT A

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 10, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90505 |
| RED RIVER TALC LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER DENYING MOTIONS TO TRANSFER VENUE
(RE: ECF NOS. 43, 139)

For the reasons stated on the record at the October 10, 2024 hearing, the motions to transfer venue at ECF Nos. 43 and 139 are denied.

Signed: October 10, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90505 |
| RED RIVER TALC LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER DENYING MOTION TO RECONSIDER
**(RE: ECF NO. 321)**

The Motion to Reconsider the Order Denying Motions to Transfer Venue at ECF No. 321 is denied for the reasons stated on the record at the November 12, 2024 hearing.

Signed: November 12, 2024

_____
Christopher Lopez
United States Bankruptcy Judge