Case 4:24-cv-04742   Document 20   Filed on 03/27/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>RED RIVER TALC LLC,<br><br>Debtor | Chapter 11<br><br>Case No. 24-90505 (CML) |
| THE COALITION OF COUNSEL FOR JUSTICE FOR TALC CLAIMANTS,<br><br>Appellant,<br><br>v.<br><br>RED RIVER TALC LLC,<br><br>Appellee. | Civil Action No. 4:24-cv-04742<br><br>Hon. Keith P. Ellison, U.S.D.J. |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AN APPENDIX**

Pending before the Court is the Coalition of Counsel for Justice for Talc Claimants' (the "Coalition") Motion for Leave to File an Appendix to its Brief (ECF 19). Counsel for the Debtor consents to the filing of this Appendix.

Having reviewed the record in this matter, the Coalition's Motion is **GRANTED**. The Appendix lodged with the Motion is deemed filed. It is **SO ORDERED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 27th of March, 2025

                                              KEITH P. ELLISON
                                              UNITED STATES DISTRICT JUDGE