**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2025
Nathan Ochsner, Clerk

| | |
|---|---|
| In re:<br><br>RED RIVER TALC LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-90505 (CML) |
| THE COALITION OF COUNSEL FOR JUSTICE FOR TALC,<br><br>Appellant,<br><br>v.<br><br>RED RIVER TALC LLC,<br><br>Appellee. | Civil Action No. 4:24-cv-04742 (KPE) |

**FINAL JUDGMENT**

On March 27th, 2025, the Court Dismissed all claims pending in the above captioned case. As a result, the court hereby ENTERS final judgment on all claims a. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby ENTERED for all Appellees.

IT IS SO ORDERED.

SIGNED at Houston, Texas on this the 2nd of June 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE